UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Charles Harris**  Docket No. 7:17-CR-12-1H

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Harris, who, upon an earlier plea of guilty to Wire Fraud, 18 U.S.C. § 1343, was sentenced in the Northern District of Illinois by the Honorable Matthew F. Kennelly, U.S. District Court Judge, on October 6, 2005, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Charles Harris was released from custody on November 18, 2016, at which time the term of supervised release commenced. Jurisdiction of the defendant's case was transferred to the Eastern District of North Carolina on February 21, 2017.

The defendant is in full compliance with release conditions

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant owes a significant sum of restitution; however, no payment plan was established by the sentencing court. Therefore, as he is now employed on a part-time basis, it is requested that the court establish a monthly payment plan of $100. Charles Harris signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay $100 per month towards the restitution beginning March 15, 2017, and by the 15th of each month thereafter.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: February 27, 2017

Charles Harris
Docket No. 7:17-CR-12-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 27th day of February 2017, and ordered filed and made a part of the records in the above case.

*[signature]*
Malcolm J. Howard
Senior U.S. District Court Judge